UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
05-CV-1237 (JMR/JJG)

| | | |
|---|---|---|
| Earl R. St. Claire | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Joan Fabian et al. | ) | |

Plaintiff objects to the Report and Recommendation, issued February 15, 2007, by the Honorable Jeanne J. Graham, United States Magistrate Judge. The Magistrate recommended granting defendants' motion for summary judgment and dismissing the matter with prejudice. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 32]. Accordingly, IT IS ORDERED that:

1. Defendants' motion for summary judgment [Docket No. 22] is granted.

2. This matter is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 14th, 2007

                                           s/ James M. Rosenbaum
                                           JAMES M. ROSENBAUM
                                           United States Chief District Judge